IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___

05 OCT 17 PM 2: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Cr. No. 05-10072-T/An

RAYMOND HOBSON, JR.,

    Defendant.

## ORDER ON ARRAIGNMENT

    This cause came to be heard on October 17, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME:       TONYA SAAFIR
ADDRESS:   100 N. MAIN ST., STE. 2601
                MEMPHIS, TN 38103
TELEPHONE: (901) 544-8090

    The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

    All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

    ✓ The defendant, who is not in custody, may stand on his/her present bond.

    _____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    mail fraud and wire fraud

Assistant U.S. Attorney assigned to case: Grinalds

Rule 32 was: _____ waived _____ not waived.

Defendant's age: _____

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10|18|05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in
case 1:05-CR-10072 was distributed by fax, mail, or direct printing on
October 18, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Tonya Cherise Saafir
LAW OFFICE OF TONYA C. SAAFIR
100 N. Main Street
STE 2601
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT