IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                Criminal No. 1:05-10072-01-T

RAYMOND HOBSON, JR.

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The November 28, 2005, trial date in the above styled matter is hereby ordered continued due the motion by defendant Hobson for additional time to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **Tuesday, January 10, 2006 at 8:45 A.M.** and the **TRIAL DATE** for **Monday, January 30, 2006 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of November 28, 2005 to January 30, 2006, as excludable delay under Title 18 U.S.C.§3161(h)(8)(3)(A) and (B)(iv).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 21 November 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CR-10072 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Tonya Cherise Saafir
LAW OFFICE OF TONYA C. SAAFIR
100 N. Main Street
STE 2601
Memphis, TN 38103

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT